Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
Karena K. Ioannou
kioannou@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:    (212) 292-5390
Facsimile:    (212) 292-5391
*Attorneys for Plaintiffs*
*Moonbug Entertainment Limited and*
*Treasure Studio Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOONBUG ENTERTAINMENT LIMITED and TREASURE STUDIO INC., <br><br> *Plaintiffs* <br><br> v. <br><br> ANHUI RON.VE.XIN INTERNATIONAL TRADE CO., LTD., DINGXING AIKE E-COMMERCE CO., LTD., DOMIL E-COMMERCE SUPPLY CHAIN MANAGEMENT (SHENZHEN) CO., LTD., DONGGUAN CHASHAN JIYE TOYS & GIFTS FACTORY, DONGGUAN JOY SUM TOYS MANUFACTURING CO.,LTD., DONGGUAN NUOYI TOYS CO., LTD., DONGGUAN SHANG ZHEN ART GIFTS CO., LTD., DONGGUAN YIMEIYUAN GIFT CO., LTD., FOSHAN CHANCHENG AITONG GARMENT FACTORY, FOSHAN XING XIN TOY CO., LTD., FUZHOU NICE TRADING CO., LTD., FUZHOU NICROLANDEE ARTS & CRAFT CO., LTD., FUZHOU PARTYPLACE TRADING CO., LTD., GUANGZHOU HAPPY ISLAND TOYS CO., LTD., GUANGZHOU LITTLE TALENT TOYS CO., LTD., | **21-cv-10321 (NRB)** <br><br> **[PROPOSED]** <br> **UNSEALING ORDER** |

1

HANGZHOU AGREAT IMPORT & EXPORT CO., LTD., HANGZHOU HUANYU TOY CO., LTD., HANGZHOU NANSHANNAN DAILY CHEMICAL TRADING CO., LTD., HANGZHOU SHENGYI TOURIST NOVELTY CO., LTD, HEBEI YERONG TRADING CO., LTD., HUZHOU QUANBAICUI APPAREL CO., LTD., HUZHOU SIYOU APPAREL CO., LTD., JIAXING BIG BEAR IMPORT AND EXPORT LTD., CO., JINHUA DARREN TRADING CO., LTD., QINGDAO QUNZE TOYS CO., LTD., QUANZHOU GUANGHE MINGLIANG TRADING CO., LTD., QUANZHOU NSBY E-COMMERCE CO., LTD., QUANZHOU YAER ELECTRONIC COMMERCE CO., LTD., QUANZHOU YOHO YOHO TRADING CO., LTD, SHAANXI MENGDA IMPORT & EXPORT TRADING CO., LTD., SHANGHAI QIANJIU TRADING CO., LTD., SHANGHAI QICHANG TRADING CO., LTD., SHANGHAI T-WIN INTELLIGENT TECHNOLOGY CO., LTD., SHANGHAI XIYUAN IMP. & EXP. CO., LTD., SHAOXING BINDI TEXTILE CO., LTD., SHENZEN TONGFEI INTERNATIONAL TRADE CO.,LTD., SHENZHEN PIPIYU TECHNOLOGY CO., LTD., SHENZHEN TIANCHENXING TECHNOLOGY CO., LTD., SHENZHEN TONGFEI INTERNATIONAL TRADE CO., LTD, SHENZHEN WENYINGYING ELECTRONIC CO., LTD., SHENZHEN XIUWAI TECHNOLOGY CO., LTD., SHENZHEN X-RAIN BRIDGE INDUSTRIAL CO., LTD., SHENZHEN YINGYAN TRADING CO., LTD., SHIJIAZHUANG QUNZE TRANING CO., LTD., SSUPTA ELECTRONIC COMMERCE (QINGDAO) CO., LTD., SUZHOU COTLAND IMPORT&EXPORT CO., LTD., SUZHOU SHENGBEI ELECTRONIC TECHNOLOGY CO., LTD., XI 'AN HEMEIJIA TECHNOLOGY SERVICE CO., LTD., XIAMEN XINYIDI IMPORT & EXPORT CO., LTD., XINXIANG PURUIGE IMPORT AND EXPORT TRADING CO., LTD., YANCHENG SENFU DECORATIVE CARPET CO., LTD., YANGZHOU AIXINI INTERNATIONAL TRADE IMPORT AND EXPORT CO., LTD., YANGZHOU AIXINI TECHNOLOGY SERVICE CO., LTD, YANGZHOU AORUNJU GIFTS CO., LTD, YANGZHOU CAISHENG HANDICRAFT PRODUCT CO., LTD., YANGZHOU DULALA CRAFTS LTD., YANGZHOU GUAN YUE HOUSEWARE CO., LTD.,

...

YANGZHOU HOME KA CRAFTS LTD., YANGZHOU JINXU TOYS CO., LTD., YANGZHOU MARISA TOY GIFTS CO., LTD., YANGZHOU MINJUN TRADING CO., LTD., YANGZHOU MOVA TOYS TRADE CO., LTD., YANGZHOU NAUGHTY CAT TOY CO., LTD., YANGZHOU PRIME IMP & EXP CO.,LTD, YANGZHOU SCS HOMETEXTILE CO., LTD., YANGZHOU TAY CHAIN IMPORT & EXPORT CO., LTD, YANGZHOU XINGLING CHEN ELECTRONIC COMMERCE CO., LTD., YANGZHOU XINGNANCHEN ELECTRONIC COMMERCE CO., LTD., YANGZHOU YANDA INTERNATIONAL TRADE CO., LTD., YIWU ALLO TRADING CO., LTD., YIWU ANBAI TRADING CO., LTD., YIWU BINLI TECHNOLOGY CO., LTD., YIWU CHANGXIANG ARTS & CRAFTS CO., LTD., YIWU DUN SHAN TRADING CO., LTD., YIWU FANCY TRADE CO., LTD., YIWU HANGWEI TOYS FIRM, YIWU INUIT TEXTILE CO., LTD., YIWU JIANYU E-COMMERCE FIRM, YIWU JULAN GARMENT CO., LTD., YIWU KANGMAO TRADING CO., LTD., YIWU KERUI GARMENT CO., LTD., YIWU LISHUO TRADING CO., LTD., YIWU LUANLI GARMENT CO., LTD., YIWU MOMMYHOME GARMENT CO., LTD., YIWU QIAOMAO GARMENT CO., LTD., YIWU SHANGSHAN TRADE CO., LTD., YIWU TAOKE TRADE CO., LTD., YIWU TIMEN TRADING FIRM, YIWU XIQING IMPORT AND EXPORT CO., LTD., YIWU YAWOO CLOTHING CO., LTD., YIWU YIFAN GARMENTS CO., LTD., YIWU YUYI CRAFTS CO., LTD., YIWU ZHENGZHI QIN TRADING FIRM, YIZHENG LIUJI TOWN XINCHEN TOY FACTORY, ZHANGZHOU LANGTAI TRADING CO., LTD. and ZHEJIANG FORMOST ENTERPRISE CO., LTD.,

*Defendants*

3

WHEREAS the sealing in this Action is no longer warranted; it is hereby

ORDERED that the case be unsealed and that the prior filings be uploaded to the Court's Electronic Case Filing system.

SIGNED this  3rd  day of   January   , 2022
New York, New York

_____
HON. NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE